# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

| | | |
|---|---|---|
| KRISTIN MOPPIN | ) | |
|     *Plaintiff* | ) | |
| vs. | ) | Case No: 2:19-CV-02685 |
| | ) | |
| SELECT SPECIALTY HOSPITAL- | ) | |
| KANSAS CITY, INC., *et al.* | ) | |
|     *Defendants* | ) | |

## STIPULATION OF DISMISSAL

COME NOW the parties to this suit, by and through their respective counsel, and hereby stipulate to the dismissal of Plaintiff's action, the dismissal to be with prejudice, with each party bearing their respective costs, expenses and attorneys' fees.

| **RALSTON KINNEY, LLC** | **LATHROP GPM, LLC** |
|---|---|
| By: /s/ *Kenneth D. Kinney* | By: /s/ *Jacqueline M. Sexton* |
|     Kenneth D. Kinney, D.Kan. #78544 |     Jacqueline M. Sexton, KS #19878 |
|     4717 Grand Avenue, Suite 300 |     1200 Main Street, Suite 2200 |
|     Kansas City, Missouri 64112 |     Kansas City, MO 64105 |
|     Tel: (816) 298-0086 |     Tel: (816) 472-7474 |
|     Fax: (816) 298-9455 |     Fax: (816) 472-6262 |
|     Email: ken@rklawllc.com |     Email: jsexton@fwpclaw.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEY FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was e-filed via the Court's CM/ECF system on July 24, 2020, which will serve Defendant by emailing notice and a copy to their attorneys of record.

    /s/ *Kenneth D. Kinney*
    **ATTORNEY FOR PLAINTIFF**